**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

MICHAEL A. RIVERA,
Plaintiff,

v. Case No. 2:26-cv-243-KCD-KRH

COLLIER COUNTY SHERIFF'S OFFICE and DET. SGT. J. AMOROSI,
Defendants.
_______________________________________/

**ORDER**

An earlier order directed Plaintiff Michael A. Rivera to file an amended civil rights complaint and a motion for leave to proceed in forma pauperis no later than July 29, 2026. (Doc. 4.) The order warned Rivera that the failure to comply would result in the dismissal of this case, without further notice, for failure to state a claim upon which relief may be granted. (*Id.*, p. 9.) A copy of the order was mailed to Rivera's address on file and was not returned as undeliverable. Rivera has not responded.

Accordingly, it is **ORDERED** that this case is **DISMISSED without prejudice** for failure to state a claim upon which relief may be granted. The **CLERK** is directed to enter judgment, to terminate any pending motions and deadlines, and to **CLOSE** this case.

**ENTERED** in Fort Myers, Florida, on August 11, 2026.

Kyle C. Dudek
United States District Judge